UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POINTE ESTERO CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.
                                        CASE NO.: 2:22-cv-00679-JLB-KCD

LANDMARK AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff, POINTE ESTERO CONDOMINIUM ASSOCIATION, INC., and Defendant, LANDMARK AMERICAN INSURANCE COMPANY, file this Joint Notice of Settlement to advise the Court that the parties have reached an agreement contingent upon execution of a mutually agreeable release and timely payment of the settlement funds. The parties will file the appropriate dismissal documents upon confirmation that the terms of the settlement have been performed and the settlement check has cleared the banking system.

    Respectfully submitted on August 20, 2024 by:

| BOYLE, LEONARD & ANDERSON, P.A. | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/Maxwell H. Stape, Esq. | /s/Vincent A. Fernandez, Esq. |
| **GREGORY L. EVANS, ESQ.** | **WILLIAM R. LEWIS, ESQ.** |
| Florida Bar No.: 0767824 | Florida Bar No.: 0879827 |
| gevans@insurance-counsel.com | wlewis@butler.legal |
| **MAXWELL H. STAPE, ESQ.** | **VINCENT A. FERNANDEZ, ESQ.** |
| Florida Bar No.: 1007734 | Florida Bar No.: 1004601 |
| mstape@insurance-counsel.com | vfernandez@butler.legal |
| eservice@insurance-counsel.com | Secondary: bmachado@butler.legal |
| 9111 W. College Pointe Drive | mmartinez@butler.legal |
| Fort Myers, FL 33919 | 400 N. Ashley Drive, Suite 2300 |
| Telephone: 239-337-7674 | Tampa, Florida 33602 |
| *Attorney for Plaintiff,* | Telephone: (813) 281-1900 |
| *Pointe Estero Condominium* | Facsimile: (813) 281-0900 |
| *Association, Inc.* | *Attorneys for Defendant,* |
| | *Landmark American Insurance Company* |